

**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D 412-297-4719

Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
United States

dentons.com

October 25, 2021

*Via ECF*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   10/26/2021

The Honorable Judge Vernon S. Broderick
Southern District of New York
40 Foley Square
New York, NY  10007

   Re: <u>Milton Williams v. Bloomingbulb.com, Case No. 1:21-cv-04886</u>

Dear Judge Broderick:

  We represent Defendant Bloomingbulb.com ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45 days), from October 25, 2021 to December 9, 2021.

  This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

        Sincerely,

        DENTONS COHEN & GRIGSBY P.C.

        */s/ Lucy E. Hill*

        By:  Lucy E. Hill

LEH/chl
Copy to:  All counsel of record (via ECF)

Davis Brown ▶ East African Law Chambers ▶ Eric Silwamba, Jalasi and Linyama ▶ Durham Jones & Pinegar ▶ LEAD Advogados ▶ Rattagan Macchiavello Arocena ▶ Jiménez de Aréchaga, Viana & Brause ▶ Lee International ▶ Kensington Swan ▶ Bingham Greenebaum ▶ Cohen & Grigsby ▶ Sayarh & Menjra ▶ Larraín Rencoret ▶ For more information on the firms that have  come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.